IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ROBERT STEWART,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| vs. § | CIVIL ACTION NO. 3:17-CV-1261-K |
| § | |
| **PMG AUTO SALES D/B/A ATKINSON** § | |
| **TOYOTA SOUTH DALLAS,** § | |
| § | |
| **Defendant.** § | |

## JOINT DESIGNATION OF MEDIATOR[1]

Plaintiff Robert Stewart ("Plaintiff") and Defendant PMG Auto Sales d/b/a Atkinson Toyota South Dallas ("Defendant") file this Joint Designation of Mediator in accordance with the Court's Scheduling Order. The Parties hereby notify the Court that mediation of this matter would be agreeable with either Ross Hostetter or Kathy Fragnoli.

---

[1] Defendant incorporates herein its contention that all of Plaintiff's claims, including, but not limited to, the claims asserted in this lawsuit, are subject to a valid and enforceable arbitration agreement, requiring him to arbitrate his claims rather than pursue litigation in this Court. Subject to and without waiving its contention concerning arbitration, Defendant agrees to this Designation of Mediator to the extent that such an agreement to designate a mediator is required by the court's Scheduling Order of August 25, 2017.

Respectfully submitted,

*/s/ Alexis C. Knapp*

**Alexis C. Knapp**
Texas Bar No. 24060100
Federal I.D. No. 871271
aknapp@littler.com
**LaDelle Davenport**
Texas Bar No. 24097571
Federal I.D. No. 2772305
ldavenport@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX  77010
Telephone: 713.951.9400
Facsimile: 713.951.9212

*/s/ Lindsey Sberna*

**Lindsey Sberna**
Texas Bar No. 24055434
LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201-2931
214.880.8100 (Telephone)
214.880.0181 (Telecopier)
Lsberna@littler.com

**ATTORNEYS FOR DEFENDANT**

/s/ *Jay D. Ellwanger (signed w/ permission)*

**Jay D. Ellwanger**
DiNovo Price Ellwanger LLP
400 South Zang Blvd., Suite 1015
Dallas, Texas 75208
Jellwanger@dpelaw.com

*/s/ James A. Vagnini (signed w/ permission)*

**James A. Vagnini** *(admitted pro hac vice)*
**Monica Hincken** *(admitted pro hac vice)*
Valli Kane & Vagnini, LLP
600 Old Country Road, Suite 519
Garden City, New York 11530
jvagnini@vkvlawyers.com
mhincken@vkvlawyers.com

**ATTORNEYS FOR PLAINTIFF**

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 25, 2017, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the Electronic Case Filing System of the Court, which will send notice to the Plaintiff's attorneys of record.

                                            */s/ Alexis C. Knapp*
                                            Alexis C. Knapp